**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6252**

RAPHAEL MENDEZ,

                    Plaintiff - Appellant,

          v.

W. EARL BRITT, Federal Judge; JAMES B. CRAVEN, III, Federal
Appointed Counsel; G. ALAN DUBOIS, Federal Appointed
Attorney; JANE ELY PEARCE, Federal Appointed Attorney,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
Chief District Judge.  (5:08-ct-03135-D)

Submitted:  April 16, 2009          Decided:  April 27, 2009

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Raphael Mendez, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raphael Mendez seeks to appeal a district court order in which the Chief Judge recused herself. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Mendez seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We also deny the motions for discovery. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2